## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| **JEILY LORENZO RODRIGUEZ** (A 246-949-636), *Petitioner* v. **KRISTI NOEM**, in her official capacity as U.S. Secretary of Homeland Security; **PAMELA JO BONDI**, in her official capacity as Attorney General of the United States; **VERNON LIGGINS**, in his official capacity as Field Office Director, Baltimore, Maryland Field Office, Immigration and Customs Enforcement; and *Respondents*. | **Case No. 1:26-cv-843** |

## NOTICE OF VOLUNTARY DISMISSAL

Petitioner voluntarily dismisses this petition pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Petitioner's separately filed petition docketed as 1:26-cv-853 will go forward.

Dated: March 2, 2026

Respectfully submitted,

*/s/ Kevin Hirst*
KEVIN HIRST
MD 1812110173
Blessinger Legal, PLLC
7389 Route 29, Suite 320
Falls Church, VA 22042
Tel: (703) 738-4248
Email: khirst@blessingerlegal.com

*Counsel for Petitioner*

**IT IS SO ORDERED AND THE CLERK OF COURT IS DIRECTED TO MARK THIS CASE AS CLOSED.**

Date: March 3, 2026

_/s/_

Adam B. Abelson
United States District Judge